

Tuesday, October 22, 2013

No. 14–0122/AF. U.S. v. Alexander V. Tavarez. CCA S32120. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 7, 2013.

No. 14–0123/AF. U.S. v. Bobby R. Rodriguez. CCA 37927. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 12, 2013.

No. 14–0125/AF. U.S. v. Danny L. Annis. CCA 38001. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 12, 2013.

Wednesday, October 23, 2013

Misc. No. 14–8004/AF. U.S. v. Samuel Lofton, III. CCA 2011–10. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 14–0126/AF. U.S. v. Chad R. McClelland–Hall. CCA 38258. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 12, 2013.

No. 14–0131/AR. U.S. v. Anthony D. Morrow, Jr. CCA 20120791. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 12, 2013.